UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

PRICE ALBERT-AXAVIER HAWKINS,

    Defendant(s).
_____/

Case No. 19-20155-2

Judge Linda V. Parker

Magistrate Judge R. Steven Whalen

**NOTICE OF CORRECTION**

Docket entry number __85__, filed __December 5, 2019__, has been modified. The explanation for the correction is stated below.

- ☐ The docket entry was made on the wrong case.
- ☐ The corresponding document image was missing or incomplete.
- ☐ The wrong document image was associated.
- ☐ The wrong judicial officer was listed on the case docket.
- ☐ The filer information was inaccurate or omitted from the docket text.
- ☐ The judicial officer information was inaccurate or omitted from the docket text.
- ☐ The docket text was changed *to include the Partial Payment Order.*
- ☑ Other: Inocrrect date is listed on the document

If you need further clarification or assistance, please contact __Richard Loury__ at __(313) 234-5524__.

DAVID J. WEAVER, CLERK OF COURT

Dated: December 5, 2019

s/R. Loury
Deputy Clerk